UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 8:15-cr-187-T-30TBM

SAMUEL PRIESTER

**FORFEITURE JUDGMENT**

The defendant pleaded guilty to Count Seven of the Information which charges him with access device fraud, in violation of 18 U.S.C. § 1029(a)(5), and the United States has established that the defendant obtained $6,581.00 in proceeds as a result of the offense.

The United States moves (Doc. 71) under 18 U.S.C. § 982(a)(2)(B), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $6,581.00 in proceeds the defendant obtained as a result of the access device fraud. The motion (Doc. 71) is GRANTED. The United States is entitled to forfeit the $6,581.00 in proceeds which the defendant obtained as a result of the access device fraud.

If the $6,581.00 in proceeds, as a result of any act or omission of the defendant—

(A)   cannot be located upon the exercise of due diligence;

(B)   has been transferred or sold to, or deposited with, a third party;

(C)   has been placed beyond the jurisdiction of the court;

(D)   has been substantially diminished in value; or

(E)   has been commingled with other property which cannot be divided without difficulty,

the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853, forfeiture of any of the defendant's property up to the value of $6,581.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, this 14th day of August, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES S. MOODY, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record